*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Stream TV Networks, Inc. | ) | Case No. 23–10763–djb |
| | ) | |
| | ) | |
|    Technovative Media, Inc. | ) | Chapter: 11 |
| | ) | |
|    Debtor(s). | ) | Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered and dated 10/31/2025 by the Honorable Derek J Baker
Notice of appeal filing fee ☑ paid ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Derek J Baker
☐ Report and recommendation entered by the Honorable Derek J Baker
☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: November 14, 2025                                                                 For The Court

                                                                                            Mohung Wong
                                                                                            Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                    Signature: _____
Miscellaneous No._____                   Date: _____
Assigned to Judge _____