APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Visual Semiconductor, Inc.

V.

Stream TV Networks, Inc.

Civil Action
No: 25-06463-JMG

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, __Visual Semiconductor, Inc__, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Incergo S.A.

12/25/2025
Date

Signature

Counsel for: Plaintiff

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
        (2) states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2) promptly file a supplemental statement if any required information changes.