# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC.<br><br>v.<br><br>STREAM TV NETWORKS, INC. | Case No. 25-06463-JMG |

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Weisberg Law, et al, Motion to Withdraw as Counsel with Stay, and any response thereto, it is hereby **ORDERED** and **DECREED** that Motion is **GRANTED**, and Weisberg Law is **TERMINATED** as counsel to Appellant(s) (and any others).

This matter is **STAYED** thirty (30) days so that Appellant(s) may substitute new counsel's appearance-with all deadlines to be reset thereafter.

**AND IT IS SO ORDERED.**

BY THE COURT:

_____

J.

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC.<br><br>v.<br><br>STREAM TV NETWORKS, INC. | Case No. 25-06463-JMG |

### WEISBERG LAW MOTION FOR
### LEAVE TO WITHDRAW AS COUNSEL WITH INTERIM STAY

Pursuant to RPC 1.16(a)(1) and (3) [Mandatory Withdrawal], and (b)(1) and (5)-(7) [Permissive Withdrawal], Weisberg Law, by and through its counsel, respectfully requests this Honorable Court's leave to withdraw as counsel to appellant(s):

1. Weisberg Law represents and has vigorously represented appellant(s) in a variety of different inter-related matters in a variety of different jurisdictions (Phila.C.C.P., Bankr.E.D.Pa, E.D.Pa., etc.), for quite some time.

2. Unexpectedly, appellant's principal, Mathu Rajan, and staff, have refused to substantively communicate with Weisberg Law-effectively abandoning representation.  RPC 1.16(a)(3) [constructive termination].

3. To wit, Appellant's principal and staff have recently e-mail "blocked" (bounce-backs) Weisberg Law from communications and have not previously returned Weisberg Law's request for communication, despite communicating with (below-discussed) replacement counsel and in the Court in <u>Bunce</u>, *infra*.  <u>Id.</u>

4. Further, Appellant and its principal have unexpectedly and without warning replaced Weisberg Law as counsel in a separately pending matter (<u>Bunce</u>, *supra.*-E.D.Pa.), on the eve of trial-causing Weisberg Law to there be forced to unilaterally withdraw by notice.  LR 5.1(b).

5. While Weisberg Law has provided notice that this (these) motion(s) would be upcoming (in all matters), as well as (here and there) appellant(s) legal and practical obligations, Weisberg Law has previously received no substantive response (i.e., because Weisberg Law has since been "blocked" from direct communications, Weisberg Law has

    communicated with above-discussed replacement counsel). To that end, this motion is ECF served automatically served on that "replacement counsel."

6. Under no circumstances (RPC 1.16(a) & (b)) can Weisberg law continue as counsel- despite Weisberg Law being diligent, professional, and zealously representing the interests of Appellant(s), et al, in all matters.

7. For the foregoing (as well as other reasons-attorney client privileged), Weisberg Law cannot timely file the necessary brief in this very complex and client-centric matter: due January 15, 2026.

8. In the alternative, still on behalf of appellant(s), for all of the above reasons, *inter alia*, if this application for withdrawal of counsel is denied, appellant respectfully, timely requests this Honorable Court for 30-days enlargement of all deadlines. FRCP 6(b)(1)(A).

    Wherefore, Weisberg Law respectfully requests this Honorable Court for leave to withdraw as counsel to appellant(s) with interim stay, as proposed. In the alternative, appellant requests 30-days enlargement of all deadlines-calculated from the date of adjudication herein.

    Respectfully submitted,

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*

Matthew B. Weisberg, Esquire

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC.<br><br>v.<br><br>STREAM TV NETWORKS, INC. | Case No. 25-06463-JMG<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Matthew Weisberg, Esquire, hereby certify that on this 14th of January 2026, a true and correct copy of the foregoing Proposed Order and Motion to Withdraw as Counsel was served upon the following counsel via e-filing and the following client via U.S. Mail, First Class and electronic mail:

**BENNETT G. FISHER**
24 GREENWAY PLAZA
SUITE 1400
HOUSTON, TX 77046
Bennett.Fisher@lewisbrisbois.com

**RAFAEL X. ZAHRALDDIN**
**SEAN M. BRENNECKE**
LEWIS BRISBOIS
500 DELAWARE AVE.
SUITE 700
WILMINGTON, DE 19801
Rafael.Zahralddin@lewisbrisbois.com
Sean.Brennecke@lewisbrisbois.com

**VINCENT F. ALEXANDER**
SHUTTS & BOWEN LLP
201 EAST LAS OLAS BLVD.
SUITE 2200
FORT LAUDERALE, FL 33301
valexander@shutts.com

        Respectfully submitted,

        **WEISBERG LAW**

        */s/ Matthew B. Weisberg*
        Matthew B. Weisberg, Esquire