IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUAL SEMICONDUCTOR, INC.,<br>    Appellant, | :<br>:<br>: |
|    v. | :  Civil No.: 2:25-cv-06463-JMG |
| STREAM TV NETWORKS, INC., *et al.*<br>    Debtor-in-Possess. | :<br>:<br>: |

**ORDER**

  **AND NOW**, this 30th day of January, 2026, upon consideration of Weisberg Law's Motion to Withdraw as Counsel with Stay (ECF No. 9), **IT IS HEREBY ORDERED** as follows:

  1. This matter is **STAYED** thirty (30) days. Appellant Visual Semiconductor, Inc. ("Appellant") shall file its brief no later than **March 2, 2026**.

  2. Appellant shall **SHOW CAUSE** why the Court should not grant Weisberg Law's Motion (ECF No. 9) by filing a response no later than **February 9, 2026**. Appellant shall also explain its plans for representation in its filed response.[1]

  3. Weisberg Law shall mail this Order and Weisberg Law's Motion (ECF No. 9) by certified mail to Appellant no later than **February 2, 2026**.

                BY THE COURT:

                */s/ John M. Gallagher*
                JOHN M. GALLAGHER
                United States District Court Judge

---

[1] "A corporation may appear in federal court 'only through licensed counsel.'" *Utz Quality Foods, LLC v. Dirty S. BBQ Co., LLC*, No. CV 20-1146, 2020 WL 4334903, at *2 (E.D. Pa. July 28, 2020) (citing *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 195 (1993)); *see also Edwards v. City of Easton*, No. CIV.A. 08-CV-1524-JF, 2009 WL 2914417, at *1 (E.D. Pa. Sept. 10, 2009) (explaining corporation "cannot represent itself *pro se* or through one of its officers (citing *Simbraw, Inc. v. U.S.*, 367 F.2d 373, 373 (3d Cir. 1966); *Curbison v. U.S. Gov't of New Jersey*, 242 F. App'x. 806, 808–09 (3d Cir. 2007))). Accordingly, Appellant must come forward with a plan—be it retaining its current counsel or finding new counsel.