**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VISUAL SEMICONDUCTOR , INC., | : |
| Appellant, | : |
| | : |
| v. | :     Civil No.:  2:25-cv-06463-JMG |
| | : |
| STREAM TV NETWORKS, INC., *et al.* | : |
| Debtor-in-Possess. | : |

**ORDER**

**AND NOW**, this 20ᵗʰ day of July, 2026, upon consideration of the Second Emergency Motion of Appellant Visual Semiconductor, Inc. to Extend Temporary Medical and Counsel-Retention Stay (ECF No. 16), **IT IS HEREBY ORDERED** that the Motion (ECF No. 16) is **GRANTED in part**.

**IT IS FURTHER ORDERED** as follows:

1.	This matter is **STAYED** until **August 28, 2026**.

2.	Appellant **SHALL** retain new counsel on or before **August 28, 2026**. If Appellant fails to obtain counsel by this deadline, the Court shall dismiss this appeal, with prejudice.

3.	Appellant **SHALL** file its brief no later than **September 25, 2026**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge